Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
Quentin A. Roberts (State Bar No. 306687)
Email: qroberts@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Attorneys for Plaintiffs*
*Ronald Meyer and Luz Betzabeth Bedoya-Apolo*

[APPROVED — Judge Edward J. Davila — 3/29/2018]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RONALD MEYER, and LUZ BETZABETH BEDOYA-APOLO on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>AABACO SMALL BUSINESS, LLC; and YAHOO! INC.,<br><br>　　　　Defendants. | Case No. 5:17-cv-02102-EJD<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:　Hon. Edward J. Davila<br><br>Filed:　April 14, 2017 |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Ronald Meyer and Luz Betzabeth Bedoya-Apolo ("Plaintiffs") hereby voluntarily dismiss their individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action is effective upon filing of this notice.

Dated: March 29, 2018                              **LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
     Rosemary M. Rivas

Quentin A. Roberts
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Attorneys for Plaintiffs*
*Ronald Meyer and Luz Betzabeth Bedoya-Apolo*